UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL P. MICHALECZKO,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID CHARLES BERNHARDT,<br><br>        Defendant. | Case No. CV 10-4427-PJW<br><br><br>ORDER DISMISSING CASE |

    Based upon the settlement between the parties to this case, IT IS HEREBY ORDERED that this entire action be dismissed with prejudice.

DATED: <u>February 1, 2013</u>

_Patrick J. Walsh_

HONORABLE PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Consent\Michaelczko v. Bernhardt\Order of Dismissal.wpd