UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL P. MICHALECZKO,<br><br>Plaintiff,<br><br>v.<br><br>DAVID CHARLES BERNHARDT,<br><br>Defendant. | Case No. CV 10-4427-PJW<br><br><br>JUDGMENT |

Pursuant to the order filed this day, IT IS HEREBY ADJUDGED that this entire action be dismissed with prejudice.

DATED: February 1, 2013              _____

HONORABLE PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Consent\Michaelczko v. Bernhardt\Judgment.wpd